```
FILED
June 20, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                            )<br>            Plaintiff,                           )<br>v.                                                       )<br>                                                            )<br>Joy Johnson,                                   )<br>                                                            )<br>            Defendant.                       )<br>_____) | Case No.  2:08-mj-217 KJM<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release _Joy Johnson_ Case _2:08-mj-217 KJM_ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

> __   Release on Personal Recognizance
>
> __   Bail Posted in the Sum of _____
>
> _X_   Unsecured bond in the amount of $50,000, co-signed by defendant's mother and father-in-law, to be replaced by a secured bond, secured by the real property owned by defendant's mother and father-in-law within three weeks
>
> __   Appearance Bond with 10% Deposit
>
> __   Appearance Bond secured by Real Property
>
> __   Corporate Surety Bail Bond
>
> _X_   (Other) PTS conditions/supervision;

Issued at _Sacramento, CA_ on _6/20/08_ at _3:05 p.m._

By _____
Kimberly J. Mueller,
United States Magistrate Judge