UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
June 20, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:08-mj-217 KJM |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| Joy Johnson, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Joy Johnson  Case 2:08-mj-217 KJM  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   __   Release on Personal Recognizance

   __   Bail Posted in the Sum of _____

   X   Unsecured bond in the amount of $50,000, co-signed by defendant's mother and father-in-law, to be replaced by a secured bond, secured by the real property owned by defendant's mother and father-in-law within three weeks

   __   Appearance Bond with 10% Deposit

   __   Appearance Bond secured by Real Property

   __   Corporate Surety Bail Bond

   X   (Other) PTS conditions/supervision;

Issued at  Sacramento, CA  on 6/20/08   at  3:05 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge